

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Laura Marina Manzano-Hernandez, individually and as next friend of I.A.C., a minor, and Maria Guadalupe Payen, individually and as next friend of J.P., a minor,

Vs. No. 11-18-00003-CV

Jones Brothers Dirt and Paving Contractors,

\* From the 70th District Court of Ector County, Trial Court No. A-140,349.

\* July 18, 2019

\* Memorandum Opinion by Stretcher, J. (Panel consists of: Bailey, C.J., Stretcher, J., and Wright, S.C.J., sitting by assignment) (Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Laura Marina Manzano-Hernandez and Maria Guadalupe Payen.